UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**

JUN 09 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| TRACY BRIAN BROWN | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:24-CV-02670 |
| FRED REYNOLDS, ET AL., | § |
| Defendants. | § |

## NOTICE OF APPEAL

Notice is hereby given that Tracy Brian Brown, the Plaintiff in the above captioned cause, appeals to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order of dismissal (Dkt. No. 93), entered in this action on March 27, 2025, as well as appealing the Order denying Plaintiff's Motion for Reconsideration (Dkt. No. 101), entered on May 12, 2025.

Respectfully Submitted,

Tracy Brian Brown
Plaintiff, Pro Se
3814 Pebble Garden Lane
Katy, Texas 77449

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of June 2025, pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing motion was filed and served upon all the defendants in this suit by regular mail and or email.

TRACY BROWN